UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN M.,

    Plaintiff,

                                Civil Case No. 23-13034

v.

COMMISSIONER OF SOCIAL        Sean F. Cox
SECURITY,                             United States District Court Judge

    Defendant.

_____/

**ORDER ADOPTING
2/21/24 REPORT AND RECOMMENDATION
AND DISMISSING ACTION FOR
FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

Acting *pro se*, Plaintiff filed this action against Defendant Commissioner of Social Security on November 30, 2023. This Court referred the matter to Magistrate Judge Patricia T. Morris for issuance of a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (ECF No. 10).

Thereafter, Defendant filed a Motion to Dismiss. (ECF No. 9). Plaintiff did not respond to that motion.

In a Report and Recommendation issued on February 21, 2024, the magistrate judge recommends that this Court grant the motion and dismiss Plaintiff's complaint for failure to exhaust administrative remedies.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the February 21, 2024 R&R.

**IT IS ORDERED** that Defendant's Motion to Dismiss is **GRANTED**, to the extent that this Court **DISMISSES this action for failure to exhaust administrative remedies.**

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 26, 2024

2